[No. 26271-8-I.   Division One.   May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
IGNATIUS VILSACK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04922-4, Liem E. Tuai, J., entered May 1,

1990. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Agid, JJ.